**ATTORNEY GRIEVANCE COMMISSION**          \*      **IN THE**
**OF MARYLAND**

                                             \*      **COURT OF APPEALS**

**v.**          \*      **OF MARYLAND**

**JASON EVAN SKLAR**          \*      **Misc. Docket AG No. 79**
                                               **September Term, 2019**

### O R D E R

Upon consideration of the Joint Petition for Disbarment by Consent of the Attorney Grievance Commission of Maryland and the Respondent, Jason Evan Sklar, to disbar the Respondent from the practice of law for violations of Rules 8.4(a) – (d) of the Maryland Attorneys' Rules of Professional Conduct, it is this <u>2nd</u> day of <u>April</u> 2020;

**ORDERED**, by the Court of Appeals of Maryland, that the Respondent, Jason Evan Sklar, be, and he hereby is, disbarred from the practice of law in the State of Maryland; and it is further

**ORDERED**, that the Clerk of this Court shall strike the name of Jason Evan Sklar from the register of attorneys in the Court and certify that fact to the trustees of the Client Protection Fund of the Bar of Maryland and all Clerks of all judicial tribunals in this State in accordance with Maryland Rule 19-761(b).

Pursuant to Maryland Uniform Electronic Legal Materials Act
(§§ 10-1601 et seq. of the State Government Article) this document
is authentic.

                                                                 /s/ Robert N. McDonald
                                                             Senior Judge



Suzanne C. Johnson, Clerk